**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

```
PAPER MANUFACTURING CONTROLS
SERVICE, INC.                        *

     Plaintiff                       *
                                        Case Number 6:06-CV-12 (WLS)
vs.                                  *

ICE HOUSE AMERICA, LLC,              *

     Defendant                       *
```

## __J U D G M E N T__

Pursuant to this Court's Order dated March 29, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 29th day of March, 2007.

           Gregory J. Leonard, Clerk

           s/ Robin L. Walsh
           Deputy Clerk